# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREG J. GUGLIUZZA & MICHELE M. GUGLIUZZA                Case Number: 06-72371
951 MINN S DRIVE #3                    SSN-xxx-xx-7334 & xxx-xx-4939
MACHESNEY PARK, IL  61115

|  |  |
|---|---|
| Case filed on: | 12/14/2006 |
| Plan Confirmed on: | 5/11/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $11,084.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 2,500.00 | 2,500.00 | 2,100.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,100.00 | 0.00 |
| 039 | ROCKFORD SURGICAL SERVICE, S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 40,434.56 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 40,434.56 | 0.00 | 0.00 | 0.00 |
| 999 | GREG J. GUGLIUZZA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 361.68 | 100.00 | 100.00 | 0.00 |
| 002 | CHASE AUTO FINANCE | 4,027.41 | 4,027.41 | 2,347.63 | 70.56 |
| 003 | CITY OF ROCKFORD | 475.00 | 475.00 | 421.73 | 28.92 |
| 004 | DELL FINANCIAL | 2,300.00 | 2,300.00 | 333.36 | 271.18 |
| 005 | IRWIN HOME EQUITY | 681.00 | 681.00 | 122.17 | 0.00 |
| 007 | SAXON MORTGAGE SERVICES INC | 25,730.53 | 25,730.53 | 4,615.82 | 0.00 |
|  | Total Secured | 33,575.62 | 33,313.94 | 7,940.71 | 370.66 |
| 001 | WORLD FINANCIAL NETWORK NATIONAL BANK | 0.00 | 47.10 | 0.00 | 0.00 |
| 006 | ROCK RIVER WATER RECLAMATION | 666.08 | 119.89 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED BUSINESS ACCOUNTS | 1,488.20 | 267.88 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 3,826.81 | 688.83 | 0.00 | 0.00 |
| 011 | BEDDER PLUMBING CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,557.77 | 460.40 | 0.00 | 0.00 |
| 013 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 496.18 | 89.31 | 0.00 | 0.00 |
| 016 | CARDINAL GLASS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | STATE COLLECTIONS | 260.50 | 46.89 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 5,249.07 | 944.83 | 0.00 | 0.00 |
| 019 | COMED CO | 596.58 | 107.38 | 0.00 | 0.00 |
| 020 | COMPUCREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | US DEPARTMENT OF EDUCATION | 54,834.35 | 9,870.18 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 4,554.09 | 819.74 | 0.00 | 0.00 |
| 023 | CHARMING SHOPPES | 1,230.27 | 221.45 | 0.00 | 0.00 |
| 024 | FIGI'S INC | 103.90 | 18.70 | 0.00 | 0.00 |
| 025 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 244.09 | 43.94 | 0.00 | 0.00 |
| 027 | JANET WATTLES MENTAL HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 1,638.17 | 294.87 | 0.00 | 0.00 |
| 029 | LAKESIDE ANESTHESIOLOGY, SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 1,969.23 | 354.46 | 0.00 | 0.00 |
| 031 | LVNV FUNDING LLC | 5,555.76 | 1,000.04 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 9,050.85 | 1,629.15 | 0.00 | 0.00 |
| 033 | NICOR GAS | 526.01 | 94.68 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE AGENCY INC | 1,218.38 | 219.31 | 0.00 | 0.00 |
| 035 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD CARDIOLOGY ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROCKFORD HEALTH PHYSICIANS | 25.00 | 4.50 | 0.00 | 0.00 |
| 038 | ALLIED BUSINESS ACCOUNTS | 504.70 | 90.85 | 0.00 | 0.00 |
| 040 | ILLINOIS STUDENT ASSISTANCE COMM | 8,508.13 | 1,531.46 | 0.00 | 0.00 |
| 041 | SHRIVER, ONEILL & THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | US DEPT OF EDUCATION | 2,025.00 | 364.50 | 0.00 | 0.00 |
| 045 | LVNV FUNDING LLC | 3,272.65 | 589.08 | 0.00 | 0.00 |
| 046 | WELLS FARGO EDUCATION | 3,073.77 | 553.28 | 0.00 | 0.00 |
| 047 | GE CONSUMER FINANCE | 1,481.83 | 266.73 | 0.00 | 0.00 |
| 048 | MUTUAL MANAGEMENT SERVICES | 609.96 | 109.79 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 049 | CAPITAL ONE | 483.87 | 87.10 | 0.00 | 0.00 |
| 050 | CREDITORS PROTECTION SERVICE, INC | 1,027.76 | 185.00 | 0.00 | 0.00 |
| 051 | EMERGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | OFFICE DEPT | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | LVNV FUNDING LLC | 116.18 | 20.91 | 0.00 | 0.00 |
| | Total Unsecured | 117,195.14 | 21,142.23 | 0.00 | 0.00 |
| | Grand Total: | 193,705.32 | 56,956.17 | 10,040.71 | 370.66 |

Total Paid Claimant:   $10,411.37
Trustee Allowance:   $672.63
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan